UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

24-cr-533 (JGK)

- against -

ORDER

RONALD SCRIMA,
               Defendant.

JOHN G. KOELTL, District Judge:

    The sentencing is scheduled for **December 11, 2024**, at **12:00 p.m.** Defense submissions in connection with the sentence are due **November 27, 2024.** The Government submissions are due **December 3, 2024.**

SO ORDERED.
Dated:    New York, New York
            September 9, 2024

                                           John G. Koeltl
                                     United States District Judge