UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,          24-cr-533 (JGK)

    - against -                ORDER

RONALD SCRIMA,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Government should respond to the attached request for return of property by September 19, 2025.

SO ORDERED.
Dated:    New York, New York
            September 8, 2025

                                          John G. Koeltl
                                United States District Judge

United States District Court
Southern District of New York.

24-CR-533 (JGK)

United States of America,

- Against -

Ronald Scrima, Defendant.

Know comes Ronald Scrima (RS), and moves this Court for an order, for the Release/Return of RS's Personal Property Seized by the NYPD, and upon information and belief, currently in the possession of US Government. Said Personal Property was Seized from RS's Home on 4-25-23.

As Grounds for said motion, RS states, that this honorable Court Did not order, in the Judgement of Conviction, for the Forfeiture of RS's said personal property.

Said Personal property is:
1. $10,000 in U.S Currency, And
2. RS's IPhone

Wherefore, RS prays, that this Honorable Court grants RS's motion.

Ronald Scrima          8-27-25
Ronald Scrima

Dear Sir/Madam Clerk:

Please find enclosed, my motion in the above matter.

I'm currently serving my sentence at FPC Devens, PO Box 879 Ayer MA 01432

Sincerely,
Ronald Serima



Ronald Scrima
37805-054
FPC Devens
P.O. Box 879
Ayer, MA 01432

ATT.
Legal Mail

RECEIVED
SEP 03 2025
PRO SE OFFICE

To: U.S.D.C. - S.D.N.Y
Clerk of Court
500 Pearl St.
New York, N.Y. 10007-1312

BOSTON MA 020
29 AUG 2025 PM 10 L

